## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE A. CHRISTMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cv214-ECM |
| | ) | (WO) |
| SPECIALIZED LOAN | ) | |
| SERVICES, LLC, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

On May 3, 2019, the Plaintiff filed a motion to remand (doc. 17). Upon consideration of the motion and for good cause, it is

ORDERED that on or before **July 9, 2019,** the Defendants shall show cause why the motion should not be granted. It is further

ORDERED that the Plaintiff may file a reply to the Defendants' response on or before **July 16, 2019**.

DONE this 25th day of June, 2019.

           /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE