**T. Dylan Reeves**
Attorney at Law

T 205.725.6403  F 205.623.0810
dreeves@mcglinchey.com

# mcglinchey

McGlinchey Stafford PLLC
505 20th Street North, Suite 800
Birmingham, AL 35203

RECEIVED
2021 AUG 12 A 11:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

August 10, 2021

**VIA FACSIMILE AND U.S. MAIL**
Debra P. Hackett, Clerk
United States District Court
Middle District of Alabama
1 Church Street
Montgomery, AL 36104

RE: Christman v. Specialized Loan Serv., LLC, et al., 3:19-cv-214-ECM

Dear Ms. Hackett:

The parties do not believe any further action is necessary. The Court did not make any substantive rulings and the parties settled this matter without involving the Court. Thank you for the opportunity to respond and please let us know if you need anything further.

Sincerely,

McGlinchey Stafford PLLC

T. Dylan Reeves

TDR/dma

cc: Christiana Crow, Esq. (via electronic mail)
    Valerie Russell, Esq. (via electronic mail)

2694901.1

mcglinchey.com

Albany  Baton Rouge  **Birmingham**  Boston  Cleveland  Dallas  Fort Lauderdale  Houston
Irvine  Jackson  Jacksonville  Nashville  New Orleans  New York City  Washington, DC